*Mr. H. J. Haskell* and *Mr. J. A. Slattery*, for Appellant.

*Mr. F. P. Leiper*, for Respondent.

---

No. 4,656.—STATE EX REL. GORDON CAMPBELL, RELATOR, *v.* DISTRICT COURT OF THE FIFTEENTH JUDICIAL DISTRICT ET AL., RESPONDENTS.

Original application for Writ of Supervisory Control.

Decided June 5, 1920.

PER CURIAM.—The application of relator for writ of supervisory control this day presented is, after due consideration by the court, denied.

*Messrs. Belden & De Kalb*, for Relator.

---

No. 4,667.—IN RE PETITION OF CHRISTIAN YEGEN, SR.

Original application for Writ of Supervisory Control in aid of Writ of Habeas Corpus.

Decided June 17, 1920.

PER CURIAM.—The application of relator for writ of supervisory control in aid of *habeas corpus* is after due consideration by the court, denied.

*Messrs. Walsh, Nolan & Scallon*, for Petitioner.